THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Theodore Harold
 Brown, Appellant.
 
 
 

Appeal From Richland County
 Diane Schafer Goodstein, Circuit Court
 Judge
Unpublished Opinion No. 2008-UP-694
Submitted December 1, 2008  Filed
 December 15, 2008    
APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and
 Solicitor Warren Blair Giese, all of Columbia, for Respondent.
 
 
 

PER
 CURIAM:  Theodore Harold Brown appeals his ten-year sentence,
 suspended upon the service of three years and three years of probation for assault
 and battery of a high and aggravated nature.  He maintains the trial court
 erred in refusing to impose a six month sentence when Brown waived presentment
 to the grand jury, agreed to pay restitution, and the victim could not be
 located.  After a thorough review of the
 record and counsels brief pursuant to Anders
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss Browns appeal and grant counsels
 motion to be relieved.[1]
APPEAL DISMISSED.
WILLIAMS, PIEPER, and GEATHERS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.